1 David J. Kaminski (SBN 128509)
2 kaminskid@cmtlaw.com
3 Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
4 CARLSON & MESSER LLP
5 5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
6 (310) 242-2200 Telephone
7 (310) 242-2222 Facsimile
Attorneys for Defendant
8 CMRE FINANCIAL SERVICES, INC.

9

10

11 UNITED STATES DISTRICT COURT

12 CENTRAL DISTRICT OF CALIFORNIA

13 | MOHAMED ELHENDI, individually ) CASE NO. 8:20-cv-00532-DOC-ADS
14 | and on behalf of all others similarly )
15 | situated, ) **STIPULATION TO DISMISS**
)
16 |           Plaintiffs, )
17 |   v. )
)
18 | CMRE FINANCIAL SERVICES, )
19 | INC., and DOES 1 through 10, )
inclusive, and each of them, )
20 | )
21 |           Defendant )
)
22 | )

23

24       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
25 Plaintiff MOHAMED ELEHNDI and Defendant CMRE FINANCIAL
26 SERVICES, INC. hereby stipulate to the Plaintiff's dismissal of its individual
27 claims with prejudice and the putative class members' claims without prejudice,
28 each party to bear its own costs.

{00038729;1}          1

1
2                                          CARLSON & MESSER LLP
3
4  Dated: June 18, 2020          By  <u>/s/ David J. Kaminski</u>
5                                                David J. Kaminski
6                                                Stephen A. Watkins
                                              Attorneys for Defendant,
7                                                CMRE FINANCIAL SERVICES, INC.
8                                          LAW OFFICES OF TODD M. FRIEDMAN
9
10 Dated: June 18, 2020          By  <u>/s/ Thomas M. Wheeler</u>
11                                               Thomas M. Wheeler
12                                               Todd M. Friedman
                                              Attorneys for Plaintiff,
13                                               MOHAMED ELHENDI
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION AND CERTIFICATE OF SERVICE**

I, David J. Kaminski, am the ECF user whose identification and password are being used to file this Stipulation for Dismissal, Pursuant to FRCP 41(A)(1). Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on the pleading and on whose behalf the filing is submitted, concur in the filing's content and have authorize the filing.

Dated: June 18, 2020          s/ David J. Kaminski
                                              David J. Kaminski

# **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 18th day of June, 2020, a true and accurate copy of the foregoing Stipulation for Dismissal was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP