JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ELHENDI, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>CMRE FINANCIAL SERVICES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>          Defendant | CASE NO. 8:20-cv-00532-DOC-ADS<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff Mohamed Elhendi and Defendant CMRE Financial Services, Inc. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their

1 | respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: June 19, 2020

_____
Hon. David O. Carter
United States District Judge